**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 05-6234

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

DAVID M. SCATES,

Party in Interest - Appellant,

versus

CHAD RAYMON JONES,

Defendant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Richard L. Williams, Senior District Judge.  (CR-98-221)

---

Submitted:  April 14, 2005          Decided:  April 21, 2005

---

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

David M. Scates, Appellant Pro Se.  Stephen Wiley Miller, Rodney LaMont Jefferson, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David M. Scates appeals the district court's order denying his "Motion to Correct Record" pursuant to Fed. R. Crim. P. 36. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Jones, No. CR-98-221 (E.D. Va. Jan. 27, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED